AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

LLOYD M. (JIM) TAYLOR, et al.,

     v.

          CASE NUMBER: C06-5497RBL

SENTRY GROUP OF COMPANIES, et al.,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Summary Judgment of Dismissal is GRANTED.

Plaintiff's Motion for Partial Summary Judgment and Plaintiff's Motion for Complete Summary Judgment of Liability through Coverage by Estoppel are DENIED.

Plaintiff's cause of action are DISMISSED with Prejudice.

*DATED :*    November 15, 2007

                                                           BRUCE  RIFKIN
                                                           *Clerk*

                                                    /s/   Jean Boring
                                           *(By) Deputy Clerk*, Jean Boring