UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LLOYD J. (JIM) TAYLOR, individually and as assignee of LARRY GREEN,

    Plaintiff,

    v.

SENTRY GROUP OF COMPANIES, an entity or joint venture, SENTRY INSURANCE, a foreign corporation, any SENTRY company responsible for claims (well known to the other defendants and not well known to Plaintiffs) and DAIRYLAND INSURANCE COMPANY, a foreign insurer,

    Defendants.

Case No. C06-5497 RBL

ORDER REQUESTING RESPONSE

This matter is before the court on Plaintiff's Motion for Reconsideration [Dkt. #38] of the Court's Order Granting Defendants' Motion for Summary Judgment [Dkt. #33]. Plaintiff has filed additional declarations and other evidence in support of his Motion.

Pursuant to Local Rule 7(h)(3), the Court Requests that the Defendants file a Response to the Plaintiff's Motion by December 21, 2007. The Response should not exceed 10 pages.

///

/

ORDER - 1

1  **IT IS SO ORDERED.**

2  DATED this 12th day of December, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2